UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGIO M. TANORI,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>M. BITER, et al.,<br><br>　　　　　Defendants. | Case No.: 1:13-cv-01888-SAB (PC)<br><br>ORDER TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN 45 DAYS |

　　　　Plaintiff Sergio M. Tanori is appearing pro se in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has not paid the $400.00 filing fee, or submitted an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

　　　　Accordingly, IT IS HEREBY ORDERED that:

　　　　Within forty-five days of the date of service of this order, Plaintiff shall submit the attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay the $400.00 filing fee for this action. **No requests for extension of time will be granted without a showing of good cause.** Within forty-five days of the date of service of this order, Plaintiff shall also submit a

///
///
///
///

1

1 certified copy of his prison trust account statement for the six month period immediately preceding the
2 filing of the complaint.  Failure to comply with this order will result in dismissal of this action.

4 IT IS SO ORDERED.

5     Dated:     **November 26, 2013**
6                                                                       UNITED STATES MAGISTRATE JUDGE