UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGIO M. TANORI,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>M. BITER, et al.,<br><br>　　　　　Defendants. | Case No.: 1:13-cv-01888-SAB (PC)<br><br>ORDER TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN 45 DAYS |

　　　　Plaintiff Sergio M. Tanori is appearing pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff has not paid the $400.00 filing fee, or submitted an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

　　　　Accordingly, IT IS HEREBY ORDERED that:

　　　　Within forty-five days of the date of service of this order, Plaintiff shall submit the attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay the $400.00 filing fee for this action.  **No requests for extension of time will be granted without a showing of good cause.**  Within forty-five days of the date of service of this order, Plaintiff shall also submit a

///

///

///

///

1

certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint. Failure to comply with this order will result in dismissal of this action.

IT IS SO ORDERED.

Dated: **November 26, 2013**

UNITED STATES MAGISTRATE JUDGE