**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SERGIO M. TANORI,<br><br>      Plaintiff,<br><br>    v.<br><br>M. BITER, et al.,<br><br>      Defendants. | Case No.: 1:13-cv-01888-AWI-SAB (PC)<br><br>ORDER FINDING ACTION SHALL PROCEED ON PLAINTIFF'S CLAIM OF EXCESSIVE FORCE AGAINST DEFENDANTS ROBLES AND HERRERA, DISMISSING ALL OTHER CLAIMS AND DEFENDANTS FOR FAILURE TO STATE A COGNIZABLE CLAIM FOR RELIEF, AND REFERRING MATTER BACK TO THE MAGISTRATE JUDGE FOR INITIATION OF SERVICE OF PROCESS<br><br>[ECF Nos. 1, 24, 25] |

Plaintiff Sergio M. Tanori is appearing pro se in this civil rights action pursuant to 42 U.S.C. § 1983.

Plaintiff filed the instant complaint on November 21, 2013.

On November 5, 2014, the Magistrate Judge screened Plaintiff's complaint and found that Plaintiff stated a cognizable claim for excessive force against Defendants Robles and Herrera only. Plaintiff was granted the option of either filing an amended complaint or notifying the Court of his intent to proceed on the claim of excessive force against Defendants Robles and Herrera.

///

///

1

On November 20, 2014, Plaintiff notified the Court of his intent to proceed on the claim of excessive force against Defendants Robles and Herrera only and dismiss all other claims and defendants from the action.

Accordingly, IT IS HEREBY ORDERED that:

1. This action shall proceed on Plaintiff's claim of excessive force against Defendants Robles and Herrera;
2. All other claims and defendants from the action for failure to state a cognizable claim for relief; and
3. The matter is referred back to the Magistrate Judge for initiation of service of process as to Defendants Robles and Herrera.

IT IS SO ORDERED.

Dated:   November 25, 2014

SENIOR DISTRICT JUDGE